[No. 16734-8-III.     Division Three.     March 31, 1998.]

GARY PIERCY, ET AL., *Appellants*, v. JOHN KWAK, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 96-2-00384-7, Evan Sperline, J., entered June 6, 1997. *Reversed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Kato, JJ.

[No. 15793-8-III.     Division Three.     April 2, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT M. NOVITCH, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 95-1-00325-1, Dennis D. Yule, J., entered June 7, 1996. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, A.C.J., and Sweeney, J.

[No. 16035-1-III.     Division Three.     April 2, 1998.]

*In the Matter of the Marriage of* HEATHER M. KINZER, *Respondent*, and TYRONE R. KINZER, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 95-3-00263-8, Donald W. Schacht, J., entered August 1, 1996. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, A.C.J., and Kato, J.

[No. 16639-2-III.     Division Three.     April 2, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS A. GRANLY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-8-01727-9, Tari S. Eitzen, J., entered April 14, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Sweeney, J.